IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>RAUDEL A. MIRANDA-MARTINEZ,<br><br>  Defendant. | CRIMINAL FILE NO.<br>1:13-CR-251-TWT |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 71] of the Magistrate Judge recommending that the Defendant be found competent to stand trial. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court.

SO ORDERED, this 11 day of February, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge